1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH SMITH,

11             Plaintiff,              No. CIV S-12-620 KJM CKD PS

12        vs.

13   SACRAMENTO MUNICIPAL COURT,

14             Defendant.          FINDINGS & RECOMMENDATIONS

15   _____/

16             By order filed March 13, 2012, plaintiff's complaint was dismissed and thirty days

17   leave to file an amended complaint was granted.  The thirty day period has now expired, and

18   plaintiff has not filed an amended complaint.  Although plaintiff filed a document on April 4,

19   2012, the document does not appear to be an amended complaint and does not set forth any basis

20   for subject matter jurisdiction.

21             Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23             These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

3   F.2d 1153 (9th Cir. 1991).

4    Dated: April 24, 2012

5

6                                                                      CAROLYN K. DELANEY

    UNITED STATES MAGISTRATE JUDGE
7

8   4

    smith-sacmuni.fta
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                      2